**No. 11-5724. Armando Garcia Rico, Petitioner v. United States.**

565 U.S. 920, 132 S. Ct. 343, 181 L. Ed. 2d 215, 2011 U.S. LEXIS 7029.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 255.